

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Tamia Irene Wilson

    Plaintiff,   CASE NO. CV 08 3534

 vs.

Michael J. Astrue, Commissioner of Social Security Administration

    Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Melissa Wilson, mother of Plaintiff, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes X No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 352.00  Net: 248.00

Employer: IHSS 808 E. street Eureka, Ca 95501

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | 496⁰⁰
3 |
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a. Business, Profession or      Yes ___ No X
8 |        self employment?
9 |     b. Income from stocks, bonds,      Yes ___ No X
10 |        or royalties?
11 |     c. Rent payments?      Yes ___ No X
12 |     d. Pensions, annuities, or      Yes ___ No X
13 |        life insurance payments?
14 |     e. Federal or State welfare payments,      Yes X No ___
15 |        Social Security or other govern-
16 |        ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each. 
19 | Welfare - food stamps
20 |
21 | 3. Are you married?      Yes ___ No X
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.   a. List amount you contribute to your spouse's support:$ _____
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |        and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2 | MBDZ - 17 months old
3 | TIW - 4 years old
4 | 5.   Do you own or are you buying a home?         Yes ___  No _X_
5 | Estimated Market Value: $_____  Amount of Mortgage: $_____
6 | 6.   Do you own an automobile?                    Yes _X_  No ___
7 | Make Toyota      Year 1988    Model camery
8 | Is it financed? Yes ___ No _X_  If so, Total due: $_____
9 | Monthly Payment: $_____
10 | 7.   Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: North vally bank
12 |
13 | Present balance(s): $ 00.00
14 | Do you own any cash? Yes ___ No _X_ Amount: $_____
15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 | market value.)                                   Yes ___  No _X_
17 |
18 | 8.   What are your monthly expenses?
19 | Rent: $ 150.00           Utilities: 20.00
20 | Food: $ 100.00           Clothing: 100.00
21 | Charge Accounts:
22 | Name of Account        Monthly Payment         Total Owed on This Account
23 | 0                      $ 0                     $ 0
24 |                        $                       $
25 |                        $                       $
26 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 | they are payable. Do not include account numbers.)
28 |

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/16/08                    *Melissa Wilson*
DATE                       Melissa Wilson for Tamia Wilson
                           SIGNATURE OF APPLICANT

- 4 -