JOSEPH RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND ROTH, CSBN 214624
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA WILSON *as Guardian to* T.W., a minor,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CASE NO. 08-CV-03534-JCS<br><br>[~~PROPOSED~~] ORDER OF REMAND |

Pursuant to the parties' Stipulation for Remand, the above-captioned case is hereby remanded to the Commissioner of Social Security for further proceedings under sentence four of 42 U.S.C. § 405(g).

DATED: January 5, 2009

                              JOSEPH C. SPERO
                              Magistrate Judge